MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6758
    Facsimile: (415) 436-6753
    E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

FILED

JUN - 5 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. 4-12-MJ-70420 |
|     v. ) | |
| PAUL STEVENSON, ) | STIPULATION AND [PROPOSED] ORDER DOCUMENTING WAIVER |
|     Defendant. ) | |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the preliminary hearing date of June 6, 2012, setting a new preliminary hearing date for June 27, 2012, at 9:30 a.m., before the duty magistrate judge, extending the time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding time under the Speedy Trial Act to June 27, 2012. The parties agree and stipulate, and the Court finds and holds, as follows:

    1.    The defendant, Paul Stevenson, was charged in a complaint dated April 13, 2012 with violating 21 U.S.C. §§ 846 (conspiracy to distribute a controlled substance) and 841(a)(1) (distribution of cocaine base). Stevenson was arrested on or about April 17, 2012, and presented to the Court on April 18, 2012. On April 19, 2012, Jennifer Schwartz, Esq., was appointed to

represent Stevenson. On April 25, 2012, Stevenson was initially ordered detained, but on May 25, 2012, was ordered released to a half-way house.

2. Since the appointment of counsel, the parties have been trying to resolve this matter prior to the filing of indictment. These discussions, however, require more time than the presently-scheduled June 6, 2012 preliminary hearing allows. In particular, the parties are trying to assess the defendant's criminal history, which will impact any potential disposition. Accordingly, the parties respectfully requests that the June 6, 2012 preliminary hearing be continued until June 27, 2012, in order to allow the parties additional time to work toward a disposition.

3. Taking into the account the public interest in the prompt disposition of criminal cases, the above-stated ground is good cause for extending the time limit for a preliminary hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and for excluding time under the Speedy Trial Act. Failure to grant the continuance would deny the defense time for effective preparation and representation by seeking disposition of this matter prior to indictment on agreed-upon terms.

4. Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the June 6, 2012 preliminary hearing date and extends the time for a preliminary hearing until June 27, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period from today until June 27, 2012 be excluded from the time period for preliminary hearings under Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C. § 3161.

SO STIPULATED:

DATED: June 4, 2012

/s/
JENNIFER SCHWARTZ, ESQ.
Attorney for PAUL STEVENSON

DATED: June 4, 2012

/s/
W.S. WILSON LEUNG
Assistant United States Attorney

IT IS SO ORDERED.

DATED: June 5, 2012

HON. KANDIS A. WESTMORE
United States Magistrate Judge