1 | MELINDA HAAG (CABN 132612)
United States Attorney

2

3 | MIRANDA KANE (CABN 150630)
Chief, Criminal Division

4 | W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

5

6 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6758

7 | Facsimile: (415) 436-6753
E-Mail: wilson.leung@usdoj.gov

8

Attorneys for the United States of America

9

FILED

JUN 25 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

10 | UNITED STATES DISTRICT COURT

11 | NORTHERN DISTRICT OF CALIFORNIA

12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA     )    No. 4-12-MJ-70420
                                    )

15 |        v.                             )
                                      )    STIPULATION AND [PROPOSED]

16 | PAUL STEVENSON,              )    ORDER DOCUMENTING WAIVER
                                      )

17 |        Defendant.                   )
                                      )

18 | _____ )

19 |      With the agreement of the parties, and with the consent of the defendant, the Court enters

20 | this order vacating the preliminary hearing date of June 27, 2012, setting a new preliminary

21 | hearing date for August 8, 2012, at 9:30 a.m., before the duty magistrate judge, extending the

22 | time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1, and excluding

23 | time under the Speedy Trial Act to August 8, 2012. The parties agree and stipulate, and the

24 | Court finds and holds, as follows:

25 |      1.      The defendant, Paul Stevenson, was charged in a complaint dated April 13, 2012

26 | with violating 21 U.S.C. §§ 846 (conspiracy to distribute a controlled substance) and 841(a)(1)

27 | (distribution of cocaine base). Stevenson was arrested on or about April 17, 2012, and presented

28 | to the Court on April 18, 2012. On April 19, 2012, Jennifer Schwartz, Esq., was appointed to

1  represent Stevenson.  On April 25, 2012, Stevenson was initially ordered detained, but on May

2  25, 2012, was ordered released to a half-way house.

3        2.     Since the appointment of counsel, the parties have been trying to resolve this

4  matter prior to the filing of indictment.  The parties have recently made some progress, but

5  require additional time to further investigate some background facts, including the defendant's

6  criminal history.  Accordingly, the parties respectfully requests that the June 27, 2012

7  preliminary hearing be continued until August 8, 2012, in order to allow the parties additional

8  time to work toward a disposition.

9        3.     Taking into the account the public interest in the prompt disposition of criminal

10  cases, the above-stated ground is good cause for extending the time limit for a preliminary

11  hearing under Federal Rule of Criminal Procedure 5.1, for the filing period for an indictment, and

12  for excluding time under the Speedy Trial Act.  Failure to grant the continuance would deny the

13  defense time for effective preparation and representation by seeking disposition of this matter

14  prior to indictment on agreed-upon terms.

15        4.     Accordingly, with the consent of the defendant, the Court hereby: (a) vacates the

16  June 27, 2012 preliminary hearing date and extends the time for a preliminary hearing until

17  August 8, 2012, before the duty magistrate judge, at 9:30 a.m.; and (b) orders that the period

18  from today until August 8, 2012 be excluded from the time period for preliminary hearings under

19  Federal Rule of Criminal Procedure 5.1 and from Speedy Trial Act calculations under 18 U.S.C.

20  § 3161.

21  SO STIPULATED:

22  DATED: June 25, 2012

    /s/
    JENNIFER SCHWARTZ, ESQ.

23      Attorney for PAUL STEVENSON

24

25  DATED: June 25, 2012

    /s/
    W.S. WILSON LEUNG
    Assistant United States Attorney

26

27  IT IS SO ORDERED.

DATED: June 25, 2012

    HON. KANDIS A. WESTMORE
28      United States Magistrate Judge

-2-