JENNIFER SCHWARTZ (SBN135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 4th St, Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorney for Defendant
PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 4-12 70420 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| PAUL STEVENSON, | |
| Defendant. | |

A hearing regarding the status of defendant's progress in drug treatment and for reconsideration of his motion for release is currently set for July 9, 2012 at 9:30a.m. Defense counsel will be out of the country on that date. The parties hereby stipulate to continue the hearing to July 11, 2012 at 9:30a in Courtroom 4.

Dated: June 28, 2012                  /s/
                                      WILSON LEUNG, (CABN 190939)
                                      Assistant United States Attorney

Dated: June 28, 2012                  /s/
                                      JENNIFER SCHWARTZ, (SBN 135932)
                                      Attorney for Defendant
                                      PAUL STEVENSON

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAUS HEARING
Case No. CR 4-12 70420 MAG
1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 4-12 70420 MAG |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | |
| PAUL STEVENSON, | |
| Defendant. | |

GOOD CAUSE APPEARING THEREFOR, this matter will be set for a status hearing on July 11, 2012, at 9:30a.m. in Courtroom 4.

IT IS SO ORDERED.

DATED: July 2, 2012

*Kandis Westmore*
Hon. Kandis A. Westmore
United States District Court Judge
Northern District of California

---

STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STAUS HEARING
Case No. 4-12 70420 MAG
2