JENNIFER SCHWARTZ (SBN135932)
LAW OFFICES OF JENNIFER SCHWARTZ
1299 4th St, Suite 307
San Rafael, CA 94901
Tel: (415) 460-2888
Fax: (415) 460-2730
Email: jenniferschwartz@sbcglobal.net

Attorney for Defendant
PAUL STEVENSON

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 4-12 70420 MAG |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING |
| v. | |
| PAUL STEVENSON, | |
| Defendant. | |

A status hearing is currently set for August 22, 2012 at 9:30a.m. The parties hereby stipulate to take this hearing off calendar and present all issues regarding status and detention at the existing hearing currently scheduled for August 27, 2012 at 9:30a in Courtroom 4. The current scheduled hearing for August 22, 2012 conflicts with a previously scheduled hearing defendant has before the disability tribunal.

Dated: August 21, 2012                                  /s/
                                                                    WILSON LEUNG, (CABN 190939)
                                                                    Assistant United States Attorney

Dated: August 21, 2012                                  /s/
                                                                    JENNIFER SCHWARTZ, (SBN 135932)
                                                                    Attorney for Defendant
                                                                    PAUL STEVENSON

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAUS HEARING
Case No. CR 4-12 70420 MAG
1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>PAUL STEVENSON,<br><br>    Defendant. | Case No.  4-12 70420 MAG<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING THEREFOR, the hearing set on August 22, 2012 shall be taken off calendar.

IT IS SO ORDERED.

DATED: August 21, 2012          _____
                                Hon. Kandis A. Westmore
                                United States District Court Judge
                                Northern District of California

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STAUS HEARING
Case No.  4-12 70420 MAG
2